United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8    FRANCIS GRANDINETTI,                    No. C 12-5188 SI (pr)
9              Plaintiff,                    **ORDER OF DISMISSAL**
10        v.
11   RICH INTERNATIONAL
     AIRWAYS; et al.,
12
              Defendants.
13   _____/
14
15        This *pro se* civil action was filed on October 5, 2012.  On that date, the court notified
16   plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish
17   a completed and signed court-approved *in forma pauperis* application.   Plaintiff was advised
18   that failure to pay the fee or file the application materials within thirty days would result in
19   dismissal of the action.  Plaintiff did not pay the filing fee or file a completed *in forma pauperis*
20   application, and the deadline by which to do so has passed.  For the foregoing reasons, this
21   action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed
22   *in forma pauperis* application.  The clerk shall close the file.
23        IT IS SO ORDERED.
24   Dated: December 17, 2012           _____
                                        SUSAN ILLSTON
25                                      United States District Judge
26
27
28