UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS GRANDINETTI, | No. C 12-5188 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RICH INTERNATIONAL AIRWAYS; et al., | |
| Defendants. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2012

_____
SUSAN ILLSTON
United States District Judge